1  André E. Jardini (State Bar No. 71335)
   aej@kpclegal.com
2  KNAPP, PETERSEN & CLARKE
   500 North Brand Boulevard, 20th Floor
3  Glendale, CA 91203-1904
   Telephone: (818) 547-5000
4  Facsimile: (818) 547-5329

5  Michael S. Duberchin (State Bar No. 108338)          JS-6
   msdlaw@earthlink.net
6  LAW OFFICES OF MICHAEL S. DUBERCHIN
   500 North Brand Boulevard, 20th Floor
7  Glendale, CA 91203
   Telephone: (818) 246-8487
8  Facsimile: (818) 246-6277

9  Twila S. White (State Bar No. 207424)
   attorneywhite@inreach.com
10 LAW OFFICES OF TWILA S. WHITE
   4640 Admiralty Way, Suite 500
11 Marina del Rey, CA 90292
   Telephone: (213) 381-8749
12 Facsimile: (213) 381-8799

13 Attorneys for Plaintiffs
   CAROLYN KOHLER, JOANNA PEREZ AND VANESSA MCKEEFRY

14 SEYFARTH SHAW LLP
   George E. Preonas (SBN 58921)
15 Ayesha A. Attoh (SBN 223475)
   2029 Century Park East, Suite 3300
16 Los Angeles, California 90067-3063
   Telephone: (310) 277-7200
17 Facsimile: (310) 201-5219
   Email:  gpreonas@seyfarth.com
18         aattoh@seyfarth.com

19 Attorneys for Defendant HYATT CORPORATION

20                UNITED STATES DISTRICT COURT

21       CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CAROLYN KOHLER, JOANNA PEREZ and VANESSA MCKEEFRY, individuals, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> HYATT CORPORATION and DOES 1 through 50, Inclusive, <br><br> Defendants. | Case No. EDCV 07-782 VAP (CWx) <br><br> **ORDER ON STIPULATION FOR DISMISSAL THEREON** |

[PROPOSED] ORDER RE: DISMISSAL

LA1 6771118.1

1   On or about February 27, 2009, the Parties filed a Stipulation for Dismissal.
2   Based upon the Stipulation of the Parties, and good cause appearing therefor:
3   NOW, THEREFORE, the Court approves the Parties' Stipulation and orders
4   the case dismissed with prejudice, forthwith.
5   **IT IS SO ORDERED.**

7   DATED:    _February 27, 2009

                                                      *Virginia A. Phillips*
                                                      _____
                                                      Hon. Virginia A. Phillips
                                                      U.S. District Judge

Prepared by:

SEYFARTH SHAW LLP
George E. Preonas (SBN 58921)
Ayesha A. Attoh (SBN 223475)
2029 Century Park East, Suite 3300
Los Angeles, California 90067-3063
Telephone: (310) 277-7200
Facsimile: (310) 201-5219
Email:  gpreonas@seyfarth.com
        aattoh@seyfarth.com

By:  _____/s/ Ayesha A. Attoh_____
            Ayesha A. Attoh
Attorneys for Defendant HYATT CORPORATION

-2-
[PROPOSED] ORDER RE: DISMISSAL

LA1 6771118.1